## IN THE UNITED STATE DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

**William D. Paul**
**Petitioner**
   **vs.**                    Case Civil Action No.: 2.: 02:07mc3369-WKW

**UNITED STATES**
**Respondent**

### MOTION TO DISMISS

**COMES NOW**, the Petitioner, by and through Pro'se Bishop William D. Paul, has a Petition to Quash Summons before the court and moves for the dismissal of the above-styled cause, and as grounds, states as follows:

1. The petitioner initiated the proceedings by filing a Petition to Quash on June 22, 2007.
2. Since the filing of the petitioner's petition, the petitioner has determined not to pursue the summonses, as stated, in this matter.

3. The judgement has been granted in United States District Court per Judge Myron H. Thompson, by agreement of the parties made in open court on June 14, 2007.

**4. In Case Civil Action No.: 2.: 02:07mc3367-MHT, the respondent Stated:**

"The respondent will not seek enforcement of the summonses, as issued, **their no longer exists a case or controversy** between the parties that can, or need be, resolved by the Court". The petitioner agreed in good faith.

WHEREFORE, premises considered, the petitioner's Motion to Quash the same summons is currently being considered in Case Civil Action No.: 2.: 02:07mc3367-MHT and is due to be and should be dismissed.

Respectfully submitted this 19th day of July, 2007

Bishop William D. Paul, Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093

1

## +-CERTIFICATE OF SERVICES

I hereby certify that I have served a copy of the foregoing upon:

Mark Mire, Special Agent
2204 Lakeshore Drive Suite 210
Homewood, AL 35209

United State Attorney General
950 Pennsylvania Ave.
Washington, D.C. 20530

Laura Canary
United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 19th day of July.2007

_____
Bishop William D. Paul/Pro'se
Petitioner
102 Meadow Wood
Wetumpka, AL 36093
(334) 514-4383

2