IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM D. PAUL,            )<br>                             )<br>    Plaintiff,              )<br>                             )<br>    v.                       )<br>                             )<br>UNITED STATES OF AMERICA,    )<br>                             )<br>    Defendant.               ) | CIVIL ACTION NO.<br>2:07mc3367-MHT<br>(WO) |
| WILLIAM D. PAUL,            )<br>                             )<br>    Plaintiff,              )<br>                             )<br>    v.                       )<br>                             )<br>UNITED STATES OF AMERICA,    )<br>                             )<br>    Defendant.               ) | CIVIL ACTION NO.<br>2:07mc3369-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 29) are overruled.

    (2) The recommendation of the magistrate judge (Doc. No. 26) is adopted.

    (3) Plaintiff's motions to quash (Doc. Nos. 12, 16, and 29) in civil action no. 2:07mc3367-MHT are denied.

    (4) Plaintiff's motion to quash (Doc. No. 1) and motion to dismiss (Doc. No. 9) in civil action no. 2:07mc3369-MHT are denied.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of October, 2007.

                              /s/ Myron H. Thompson  
                          UNITED STATES DISTRICT JUDGE